55 N.J. 448 (1970)
262 A.2d 702
JOHN SOBIN, JR., ET AL., PLAINTIFFS-RESPONDENTS,
v.
M. FRISCH & SONS, DEFENDANT,
v.
JONES & LAUGHLIN STEEL CORPORATION, DEFENDANT-PETITIONER.
The Supreme Court of New Jersey.
February 24, 1970.
Messrs. Morgan, Melhuish, Monaghan, McCoid & Spielvogel and Mr. John I. Lisowski for the petitioner.
Messrs. Mandel, Wysoker, Sherman, Glassner, Weingartner & Feingold and Mr. Ronald S. Levitt for the respondents.
Denied.